# UNITED STATES DISTRICT COURT

__SOUTHERN__  DISTRICT OF  __NEW YORK__

## APPEARANCE

Victoria Roddy and Dr. John M. Roddy,
    her husband,

    Plaintiffs,

v.

Merck & Co., Inc.,

    Defendant.

MASTER FILE: 1:06-MD-1789-JFK

Case No.: 1:08-cv-5205

---

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Plaintiffs, Victoria Roddy and Dr. John M. Roddy, her husband

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 16th day of June, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

_____
Timothy M. O'Brien, Florida Bar No. 055565
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone   (850) 435-7004 fax